# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GREGORY MICHAEL PERRY**  **PLAINTIFF**
**#120749**

v.  No: 4:22-cv-00862-LPR-PSH

**LEONARD HOGG,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Gregory Michael Perry, an inmate at the Lincoln County Jail, initiated this lawsuit by filing a *pro se* complaint pursuant to 42 U.S.C. § 1983 on September 19, 2022 (Doc. No. 2).  Perry's motion to proceed *in forma pauperis* has been granted (Doc. No. 4).

Before docketing the complaint, or as soon thereafter as practicable, the Court must review the complaint to identify cognizable claims or dismiss the complaint if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief.  *See* 28 U.S.C. § 1915A.  Perry sues nine defendants and complains about numerous attacks on different dates by other inmates and alleges that he did not receive appropriate medical treatment after some of these attacks and was later denied a soft food diet.  Doc. No. 2 at 5-17.

Perry's claims do not appear to be factually related to one another and are therefore not appropriately joined. Accordingly, he is directed to amend his complaint to explain how his claims are factually related or to narrow his claims to one factually related incident. Under Fed. R. Civ. P. 18, a plaintiff may bring multiple claims, related or not, against a single defendant. To proceed against multiple defendants, plaintiff must satisfy Fed. R. Civ. P. 20, which allows claims against multiple defendants when the claims against them arise out of the same series of occurrences, and present questions of fact common to all defendants.[1]

The Clerk of Court is directed to send a blank § 1983 complaint form to Perry. Perry is cautioned that an amended complaint renders his original complaint without legal effect; only claims properly set out in the amended complaint will be allowed to proceed. In the event he fails to file an amended complaint conforming to this order within 30 days, the Court will screen Perry's first properly joined claim and recommend dismissal of improperly joined claims.

IT IS SO ORDERED this 29th day of September, 2022.

UNITED STATES MAGISTRATE JUDGE

---

[1] *See Mosley v. Gen. Motors Corp.,* 497 F.2d 1330, 1333 (8th Cir. 1974) (Rule 20 permits "all reasonably related claims for relief by or against different parties to be tried in a single proceeding."); *see also Fulghum v. Allen,* 2015 WL 5667479 at *1 (8th Cir. 2015); *Harris v. Union Pacific R. Co.,* 2013 WL 1187719 (E.D. Ark. 2013); *Langrell v. Union Pacific R. Co.,* 2012 WL 3041312 (E.D. Ark. 2012).