# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GREGORY MICHAEL PERRY**                                           **PLAINTIFF**
**#120749**

v.                          No: 4:22-cv-00862-PSH

**LEONARD HOGG,** *et al.*                                          **DEFENDANTS**

## ORDER

Plaintiff Gregory Michael Perry filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 while incarcerated in the Lincoln County jail (Doc. No. 2), and was subsequently granted leave to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915(a) (Doc. No. 4). On October 26, 2023, Perry notified the Court of a new free-world address indicating that he had been released from custody (Doc. No. 55). On October 30, 2023, the Court ordered Perry to submit the remainder of the $350.00 filing fee or file a fully completed and signed IFP application reflecting his free-world financial status within 30 days (Doc. No. 56). Perry was cautioned that failure to comply with the Court's order within that time would result in the dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

More than 30 days have passed, and Perry has not complied or otherwise responded to the October 30 order. Accordingly, Perry's complaint should be and hereby is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2)

and failure to respond to the Court's orders.[1]  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion). The Defendants' motion for summary judgment (Doc. No. 57) is denied as moot.

    IT IS SO ORDERED this 4th day of December, 2023.

                                              UNITED STATES MAGISTRATE JUDGE

---

[1] In its initial order to Perry, the Court notified him of his duty to promptly notify the Clerk and the parties of any change in his address.  The Court also notified Perry that if any communication from the Court to him is not responded to within 30 days, his case may be dismissed without prejudice.  Doc. No. 4.