## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**GREGORY MICHAEL PERRY**                                                    **PLAINTIFF**
**#120749**

**v.**                                    **No: 4:22-cv-00862-PSH**

**LEONARD HOGG,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 4th day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE